NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| RODNEY TIMOTHY WEBB, DOC #S39427, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D16-3420 |
| STATE OF FLORIDA, | ) ) ) | |
| Appellee. | ) ) ) | |

Opinion filed June 15, 2018.

Appeal from the Circuit Court for
Sarasota County; Thomas Krug,
Judge.

Howard L. Dimmig, II, Public
Defender, and Matthew D. Bernstein,
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

Affirmed.


LaROSE, C.J., and BADALAMENTI and ROTHSTEIN-YOUAKIM, JJ., Concur.